## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROLANDIS CHATMON,**                                    **PLAINTIFF**
**ADC # 140078**

**v.**                              **Case No. 4:26-cv-00368-JM**

**AARON ROGERS, et al.**                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 12th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE